# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. LOPEZ-MARROQUIN, also known as Ricardo Lopez,<br><br>             Petitioner,<br><br>      v.<br><br>WILLIAM P. BARR,<br><br>             Respondent. | Case No. 3:20-cv-00682-LAB-MDD<br><br><br>**PRIVACY ACT ORDER** |

   WHEREAS, on April 10, 2020, the Court ordered the Respondent to produce "any health records the Government has concerning Petitioner";

   WHEREAS, in response to the Court's Order, it appears that the disclosure of such documents may be protected by the Privacy Act of 1974, 5 U.S.C. § 552a ("Privacy Act"), or otherwise contain sensitive personal information, including personal identifying information;

   IT IS HEREBY ORDERED, that:

   Pursuant to 5 U.S.C. § 552a(b)(11), this Order authorizes the Government to produce information that would otherwise be prohibited from disclosure under the Privacy Act without presenting Privacy Act objections to this Court for a decision regarding disclosure.  To the extent the Privacy Act allows the disclosure of information pursuant to

a court order, this Order constitutes such a court order and authorizes disclosure of that information. However, nothing in this paragraph shall require production of information that is prohibited from disclosure (even with the entry of this Order) by other applicable privileges, statutes, regulations, or authorities.

Dated: April 14, 2020

_____
Hon. Larry Alan Burns
Chief United States District Judge